# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ROBBY MOHR, as Administrator of Estate of Jolee Mohr**

      vs.                      Case Number:   **09-3170**

**TARGETED GENETICS, INC., ABBOTT LABORATORIES, INC., AND WESTERN INSTITUTIONAL REVIEW BOARD, INC.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**  pursuant to an order entered by the Honorable Richard Mills: this cause of action is remanded to the Circuit Court of the Fourth Judicial District in Christian County, Illinois.----

ENTER this 3rd day of March, 2010

PAMELA E. ROBINSON, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK